# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE,<br><br>    Plaintiff<br><br>  v.<br><br>L. VASQUEZ,<br><br>    Defendant. | CASE No. 1:11-cv-02034-LJO-DLB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF Nos. 41 & 42) |

Plaintiff Edward Furnace ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on December 9, 2011. (ECF No. 1.) On March 3, 2014, Plaintiff filed a notice of voluntary dismissal, without prejudice. (ECF No. 41.) On March 11, 2014, Defendant filed a notice of non-opposition to Plaintiff's notice of voluntary dismissal. (ECF No. 42.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Clerk of the Court is HEREBY DIRECTED to close this case and term all pending motions.

IT IS SO ORDERED.

 Dated:  **March 20, 2014**       /s/ *Dennis L. Beck*
                     UNITED STATES MAGISTRATE JUDGE